IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JAMIE ZIEGLER,**

    **Plaintiff,**

    vs.                                                                      Cause No.  04-CV-504-DRH

**BEVERLY ENTERPRISES, INC.,**
**BEVERLY HEALTHCARE,**
**DAVID MEDLEY and**
**SHARON PATTON,**

    **Defendants**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs and fees.-------------------------------------------------------------------------

                                                                                  **NORBERT G. JAWORSKI, CLERK**

December 2, 2005                                     By:   s/Patricia Brown
                                                                                Deputy Clerk

APPROVED: /s/ David RHerndon
                    **U.S. DISTRICT JUDGE**